JERI L. BILLINGTON *v.* RANDALL J. BILLINGTON

The defendant's petition for certification for appeal from the Appellate Court (AC 12446) is denied.

*Randall J. Billington,* pro se, in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided December 3, 1993

STATE OF CONNECTICUT *v.* FRANK WAGER

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 417 (AC 10962), is denied.

*Christine Perra,* deputy assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided December 3, 1993

STATE OF CONNECTICUT *v.* WILLIAM A. ALLEN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 908 (AC 11513), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Nancy A. Freedman,* assistant public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided December 3, 1993